**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 16, 2025.**



In The

# Fifteenth Court of Appeals

## NO. 15-24-00002-CV

**LEO GRAVES AND SHERIL SLADE, Appellants**

**V.**

**TEXAS EDUCATION AGENCY, CARTHAGE INDEPENDENT SCHOOL DISTRICT, AND CARTHAGE JR. HIGH SCHOOL, Appellees**

**On Appeal from the 200th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-23-003011**

### MEMORANDUM OPINION

Appellants filed their notice of appeal on September 15, 2023. Appellants' brief was originally due on February 5, 2024, but the deadline was extended to October 16, 2024. By order dated November 19, 2024, this Court granted

Appellants' request for additional time to file their brief, and ordered Appellants to file their brief by December 4, 2024.  In addition, we cautioned that if Appellants failed to file a brief by that date, the appeal will be subject to dismissal for want of prosecution.  *See* Tex. R. App. P. 42.3(b).

To date, Appellants have not filed their brief.  Appellees jointly filed a motion to dismiss for want of prosecution.  Appellants are unopposed to Appellees' motion.  Accordingly, we grant the motion and dismiss this appeal for want of prosecution.  *Id.*

/s/*Scott K. Field*

Scott K. Field
Justice

Panel consists of Chief Justice Brister and Justices Field and Farris.

2